ANNE RITHOLTZ, Appellant, *v.* ALVIN A. LICHT et al., Defendants, and JOSEPH G. COHEN, Respondent.

Argued October 13, 1941; decided November 19, 1941.

*Max Orstein* for appellant.

*William Macy* for respondent.

Judgment affirmed, with costs; no opinion. (See 287 N. Y. 761.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.